**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 12-cv-01526-REB

UNITED STATES OF AMERICA,

    Petitioner,

v.

NATHAN I. THOMPSON,

    Respondent.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

The matter is before me on the **Notice of Voluntary Dismissal of Case** [#4][1] filed July 23, 2012. After reviewing the notice and the record, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** [#4] filed July 23, 2012, is **APPROVED**;

2. That the Show Cause Hearing set for July 27, 2012, is **VACATED**; and

3. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 24, 2012, at Denver, Colorado.

                            **BY THE COURT:**

                            *Bob Blackburn*
                            Robert E. Blackburn
                            United States District Judge

---

[1] "[#4]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.